KOG 02/09/22
PMC/TJ/dm USAO 2022R00031

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

FEB 10 2022

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | Criminal No. SAG 22cr 46 |
| v. | : | |
| | : | (Threats Transmitted by Interstate |
| MICHAEL MAROTTA, | : | Communication, 18 U.S.C. §875(c)) |
| | : | |
| Defendant. | : | |

oooOooo

# INFORMATION

The United States Attorney for the District of Maryland and the Assistant Attorney General for the Civil Rights Division charge that:

On or about April 14, 2020, within the District of Maryland, and the District of New Jersey, the defendant,

**MICHAEL MAROTTA,**

knowingly and willfully did transmit in interstate commerce from New Jersey to the State of Maryland, a communication from his mobile phone, to M.G-S., a resident of Maryland, and the communication contained a threat to injure M.G.-S., specifically: "I gotchu you nigger, I know where you live now,  I'm coming to rape your family and fuck you up eat my bullets coon, see you at 9," or words to that effect.

18 U.S.C. § 875(c)

February 9, 2022
Date

_Erek L. Barron_
Erek L. Barron
United States Attorney

February 9, 2022
Date

_Kristen M. Clark_
Kristen M. Clark
Assistant Attorney General
Civil Rights Division